UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN GUARANTEE & LIABILITY INS. CO., <br><br> Plaintiff, <br><br> v. <br><br> CETRULO & CAPONE, LLP, <br><br> Defendant. | CIVIL ACTION <br> NO. 09-10974-WGY |

April 13, 2010

Judgment

The Court declares that American Guarantee & Liability Insurance Company has a duty to defend Cetrulo & Capone, LLP in the suit filed against the law firm in Broward County, Florida. Since that action was discontinued without Cetrulo & Capone, LLP incurring liability, no duty to indemnify has arisen.

**SO ORDERED.**

_William G. Young_
**WILLIAM G. YOUNG**
**DISTRICT JUDGE**