UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN GUARANTEE & LIABILITY INS. CO.,

    Plaintiff,

v.

CETRULO & CAPONE, LLP,

    Defendant.

CIVIL ACTION
NO. 09-10974-WGY

April 13, 2010

## Judgment

The Court declares that American Guarantee & Liability Insurance Company has a duty to defend Cetrulo & Capone, LLP in the suit filed against the law firm in Broward County, Florida. Since that action was discontinued without Cetrulo & Capone, LLP incurring liability, no duty to indemnify has arisen.

**SO ORDERED.**

_William G. Young_
**WILLIAM G. YOUNG
DISTRICT JUDGE**